## CROSSLEY *v.* CASE THRESHING MACHINE COMPANY.

ATKINSON, J. The verdict directed in favor of the plaintiff was demanded by the evidence, and there was no error in refusing a new trial.

　　　　　*Judgment affirmed.　All the Justices concur.*
　　　　　AUGUST 13, 1915.

Complaint. Before Judge Reid. DeKalb superior court. August 21, 1914.

*L. B. Norton* and *Alonzo Field,* for plaintiff in error.

*Payne & Jones* and *A. C. & J. H. McCalla,* contra.